# United States District Court
## SOUTHERN DISTRICT OF FLORIDA
### CASE NUMBER: 0:15-cv-61536-BB

KEISHA HALL,

    Plaintiff,

v.

TEVA PHARMACEUTICAL USA, INC.,

    Defendant.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:   Teva Pharmaceutical USA, INC.,
       By Serving It's Registered Agent
          Corporate Creations Network, Inc.
          11380 Prosperity Farms Road, #221E
          Palm Beach Gardens, Florida 33410

     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

    William R. Amlong, Esquire
    Ryan C. Brenton, Esquire
    AMLONG & AMLONG, P.A.
    500 Northeast Fourth Street, Second Floor
    Fort Lauderdale, Florida 33301
    (954) 462-1983

an answer to the Complaint which is herewith served upon you, within **Twenty One (21)** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answers with the Clerk of the Court within a reasonable period of time after service.

_____                        _____
CLERK                                                                                                 DATE

_____
By DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | Date |
|---|---|
| Name of Server (Print) | Title |

Check one box below to indicate appropriate method of service

☐   Served personally upon the Defendant.  Place where served: _____

☐   Left copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the Summons and Complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (Specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on  _____                    _____
                    Signature of Server                        Date

_____
Address of Server

\\amlong3\cpshare\CPWin\HISTORY\150707_0001\1486.14